# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAVELLE MONTE SMITH,

    Defendant.

Case No. 2:11-CR-00363-KJD-GWF

**ORDER**

    Before the Court is Defendant Lavelle Monte Smith's ("Smith") Motion for Return of Property (#31). Defendant Smith seeks the return of his cellular phone which, to the best of the Court's knowledge, was seized along with Defendant by the Las Vegas Metropolitan Police Department (LVMPD). (#1, 3:12-13). Further, it appears that the phone was transferred with Defendant to the Spring Mountain hospital (#1, 5:8-11). It remains unclear what entity–if any–currently possesses the phone. This Court's jurisdiction also remains unclear. Accordingly, Defendant's Motion for Return of Property (#31) is **DISMISSED** without prejudice. Defendant may file a Renewed Motion for Return of Property if and when Defendant is able to establish that this Court has jurisdiction over the specific entity which retains the phone.

    DATED this 9th day of September 2013.

                                                          _____
                                                          Kent J. Dawson
                                                          United States District Judge